



# DERMATEND®
## ALL NATURAL

"A mole is quite disturbing to have on your face which made me very uncomfortable being around people in public. I used DermaTend with high hopes of removing my mole like it said it will do, and BAM! My unsightly mole fell off after the 3rd application. No I did not give up after the 1st AND 2nd application, what with the FULL REFUND GUARANTEED offer – I just knew it will work. I can't thank you enough DermaTend, you saved me a handful of money and increased my self esteem."
- Malleena M.

 

"I am amazed how well your product worked on my grandson's warts under the big toe. We didn't think it would work as there was no stinging or crusting as per the instructions. About 10 days later we thought we would try and treat it again and to our amazement the warts were GONE. Amazing! Will recommend to everyone."
- Maria

- Clinic Tested Doctor Recommended
- Fast Permanent Results Guaranteed
- Won't Be Left With Large Surgical Scars
- Easy To Apply All Natural Formula





Mole, Wart and Skin Tag Removal

EXHIBIT A





**Fast overnight results with one application**

D. **Surgery is NOT your only option for mole and skin tag removal**

Did you know you can safely remove your unwanted moles and skin tags at home? With today's breakthroughs in herbal chemistry, there is no reason for you to suffer with these unsightly skin growths. DermaTend® Mole & Skin Tag Remover is a natural herbal remedy that can change your skin forever. It's safe, affordable and works fast! Imagine in just a few short days you will be free of your ugly moles or skin tags for good!*

Try it risk-free for 60 days!

**SLE101G**  DermaTend® Original                    $39.99
*Removes 4 moles, warts and skin tags*

**SLE102G**  Extra Strength DermaTend® with         $69.99
free Healing Balm
*Removes 15 moles, warts and skin tags*

**SLE103G**  Two Extra Strength DermaTend®          $99.99
with free Healing Balm
*Removes 30 moles, warts and skin tags*

*These statements have not been evaluated by the Food and Drug Administration. These products are not intended to treat, diagnose, prevent, or cure any disease. Results May Vary*

*Within 2 weeks a new mole on my face that my husband didn't like and 2 skin tags where gone!! They are a little painful during, but what do you expect, you're getting rid of them  100% happy and have told 3 friends already.*
    *— Review from VallartaCrew*

Before

After

Before

After

📞 Call 1-800-SkyMall to order

81

Exhibit B

Amazon.com: Ex DermaTend Ultra Mole & Skin Tag Removal System: Removes 15 Mol...   Page 1 of 6

Shop by Department ▾    Search                    Go    Hello, Janet    Try    3     Wish
                                                      Your Account ▾    Prime ▾    Cart ▾    List ▾

All Beauty    Luxury Beauty    Best Sellers    New Arrivals    Makeup    Skin Care    Hair Care    Fragrance    Tools & Accessories    Men's Grooming    Sales & Special Offers

**Ex DermaTend Ultra Mole & Skin Tag Removal System: Removes 15 Moles or Skin Tags. Works In Just 8 Hours. 60 Day Guarantee. 100% Natural.**
by Dermatend

182 customer reviews

Price: $99.95
Sale: $69.95 & FREE Shipping. Details
You Save: $30.00 (30%)

In Stock.
Sold by Dermatend and Fulfilled by Amazon. Gift-wrap available.

2 new from $99.95

- REMOVES up to 15 Moles or Skin Tags.
- CONVENIENT At Home Mole, Wart & Skin Tag Removal
- TRIED-AND-TRUE by Thousands of Satisfied Customers
- SAFE Natural Herbal Ingredients
- 60-Day Guarantee

Qty: 1

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

☐ This is a gift Learn more

or

Sign in to turn on 1-Click ordering.

More buying choices
2 new from $69.95

Share

Click to open expanded view

**Frequently Bought Together**

Price for all three: $81.49

These items are shipped from and sold by different sellers. Show details

☑ This Item: Ex DermaTend Ultra Mole & Skin Tag Removal System: Removes 15 Moles or Skin Tags. Works In Just 8 Hours. ... $69.95
☑ Band Aid Brand Clear Spots, 50/BX (JOJ4708) Category: Bandages and Dressings $4.05 ($5.06 / oz)
☑ Mason Vitamins Tea Tree Oil 100% Pure Australian Oil Pharmaceutical Grade, 1-Ounce $7.49 ($7.49 / oz)

**Customers Who Bought This Item Also Bought**

Page 1 of 3

| Band Aid Brand Clear Spots, 50/BX (JOJ4708) Category: Bandages and ... (28) $4.05 | Mason Vitamins Tea Tree Oil 100% Pure Australian Oil Pharmaceutical Grade. ... (243) $7.49 | JOJ4579 - BAND-AID Brand Sheer Spots Adhesive Bandages (21) $1.45 | DermaTend Mole & Skin Tag Remover. Removes 4 Moles or Skin Tags. (569) $39.95 | Trichloroacetic Acid Solution TCA 50% (18) $7.99 - $161.99 |

Exhibit C1

Amazon.com: Ex DermaTend Ultra Mole & Skin Tag Removal System: Removes 15 Mol...   Page 2 of 6

## Important Information

**Directions**
While some individuals will find results in just a few applications, the vast majority of our customers report that IT TAKES CLOSER TO 7-10 APPLICATIONS before complete removal is achieved, sometimes longer for more stubborn blemishes. Please apply NO MORE FREQUENTLY THAN ONCE PER 24-HOURS, and only re-apply once a scab has completely healed over.

## Product Description

At twice the size of our Original formula, DermaTend Ultra is a NATURAL, extra-strength herbal formula that safely removes moles, warts & skin tags from your body, all in the convenience of your home. DermaTend works on all types of moles, warts & skin tags even the ones that you have had all of your life.

Using natural and organic ingredients, DermaTend penetrates to the root of the mole, wart, or skin tag. Your body works with this safe, powerful formula, leaving little chance of scarring and eliminating the skin growths ability to ever come back.

While some individuals will find results in just a few applications, the vast majority of our customers report that it often requires closer to 7-10 applications before complete removal is achieved, sometimes longer (up to several weeks) for more stubborn blemishes.

Please apply NO MORE FREQUENTLY THAN ONCE PER 24-HOURS, and only re-apply once a scab has fallen off naturally. Please DO NOT pick at scab, as it compromises the process.

There is ABSOLUTELY NO RISK to you, as Dermatend has proven effective for the vast majority of our customers, and for those who don't find successful removal of their blemishes, we ALWAYS OFFER OUR NO-QUESTIONS ASKED MONEY BACK GUARANTEE. Simply contact us with your request for a refund and once we receive the tracking info for your returned product, we will process a full refund immediately.

For removing moles, warts or skin tags DermaTend is the safest, fastest, and most effective natural method available. The truth is, IT JUST WORKS!

Take this final step to making a positive change in your life, and let your dream of Mole/Wart/Skin Tag FREE skin become reality. YOU DESERVE THIS!

## Product Details

**Shipping Information:** View shipping rates and policies
**ASIN:** B0010AZ3TM
**UPC:** 094922763808
**Average Customer Review:**      (162 customer reviews)
**Amazon Best Sellers Rank:** #2,100 in Beauty (See Top 100 in Beauty)
      #6 in Health & Personal Care > Health Care > Foot Care > Wart Removal

Did we miss any relevant features for this product? Tell us what we missed.

Would you like to give feedback on images or tell us about a lower price?

## Customers Who Viewed This Item Also Viewed

Page 1 of 6











DermaTend Mole & Skin Tag Remover: Removes 4 Moles or Skin Tags.
(599)
$39.95

2 DermaTend Ultra Mole & Skin Tag Removal Systems: Removes 30 Moles or Skin Tags. ...
(31)
$99.95

Wart Mole Vanish Award Winning. All Natural, Wart, Mole, Skin Tag, Syringoma & Genital ..
(128)

Skin Tag Remover Contains Thuja Occidentalis, 15 ml/0.34 Ounce. 100% ...
(183)
$16.25

Silver Nitrate Applicators - Tube 100
(87)
$29.95

## Product Ads from External Websites (What's this?)

Sponsored Content   Page 1 of 6











Ilike Organic Skin Care Fibrous Stonecrop Gel Mask
$48.00
+ Free Shipping
Dermstore

Olivella Moisturizer -- 1.69 fl oz
(85)
$15.02
+ $4.99 Est. shipping

White Egret Olive Squalane Oil 2 fl oz Liquid
(3)
$15.49
+ $4.99 Est. shipping

ScarLine Rx 1x1 Cur e
$20.00
+ Free Shipping
Dermstore

Naturasil for Skin Tags
$29.95
+ Free Shipping
DistinctiveStores

Exhibit C2

### DERMATEND® The Original (.17 oz)

 **Over 1 Million Moles & Skin Tags**
**Removed Safely At Home**



- Safe, Easy, Natural Home Treatment
- No Surgery or Large Surgical Scars
- No More Embarrassing Skin Problems   
- 100% Guaranteed or Your Money Back
- Treats Up to 4 Average-Size Blemishes   



Think surgery is your only option? Think again... DermaTend is 100% guaranteed to remove ALL your unwanted moles and skin tags quickly and painlessly at home!

DermaTend's all-natural formula has removed well over 1 million moles and skin tags; finally giving mole and skin tag sufferers a safe and affordable alternative to surgery - that really works.



With as little as one application, you can watch your moles and skin tags disappear from your life FOREVER!

- 60 day money back guarantee
- Easy at home treatment
- Fast results overnight
- 97% success rate



## Real Results With Real People

**These are 100% Real and Untouched!**

  

Mole Before Treatment   Mole With DermaTend   Mole After Just 8 hours!

 

Mole Healing Nicely   No Trace of Mole!

## But What if It Doesn't Work For Me?



Exhibit D

DermaTend®

Page 1 of 2

Order Toll-Free
1-877-853-0441

## DERMATEND® The Original
### Removes Moles & Skin Tags

Safely remove unwanted moles, imperfections, and skin tags at home!

DermaTend Mole Wart & Skin Tag Remover is an all-natural proprietary formula that can change your life forever. Getting rid of all your unwanted moles warts & skin tags naturally is NOT impossible and no longer requires cutting, burning, or expensive laser surgery.

With DermaTend, it can take just one application to remove the moles, warts or skin tags that have plagued your self-esteem for too long.

This may seem too good to be true, but it's not. DermaTend® is completely safe and natural and has quickly made surgery obsolete...

This means no more embarrassing doctor visits, no more ugly surgical scars, and no more embarrassing skin problems!

**Finally getting rid of ALL your moles, warts & skin tags and enjoying beautiful skin is possible and affordable.**

With today's technical advances in herbal chemistry and natural alternatives, there is no reason for anyone to suffer from these unwanted problems. You without your moles, warts or skin tags will be more confident and experience a better quality of life without concern for how your skin looks.



## Why should you try DermaTend?

Made with only the finest natural ingredients, DermaTend® is the safest, most cost-effective alternative to surgery available. After removing well over 1,000,000 moles, warts & skin tags, DermaTend® has proven itself to be the best all natural answer to surgery.

**We're so confident DermaTend® will work for you, we've backed it up with a 60 Day Money Back Guarantee.**


* Try DermaTend risk-free for 28 days. If you're not completely thrilled, return the empty bottle for an easy, no hassle refund.

## How It Works

Give Your Body the Power to Heal Itself in 3 Steps*



1. Prep the blemish

## Real Stories

Rave Reviews for DermaTend®


Before


After

Exhibit E1

http://www.dermatend.com/index2.html?utm_expid=68120691-6

2/19/2013

DermaTend®

Page 2 of 2



2. Apply DermaTend

3. Wash and Well

"I've lived with this mole on my face my entire life. And as big as it was, I'd was not fun growing up. As I grew older people were mature enough not to say anything, but that never stopped them from looking at it while talking to me. It was embarrassing, but thank God I tried DermaTend.

It has truly changed my life. And best of all, you would never know the mole was there. I urge you to give it a try, you have nothing to lose."
Bryan Leitch

Read More Testimonials »

Back To Top

## DermaTend®Products
Choose One That Works for You

Order Toll-Free
1-877-853-0441

**Original**
DermaTend™ Remover
(Removes Up To 4 Moles & Skin Tags)

- Results in as little as 3 days
- Removes moles for only $10.00 each
- Get 30% off retail price for limited time
- Does NOT come with free healing balm

ONLY $39.95

**Extra Strength**
DermaTend® Ultra
(Removes Up To 15 Moles & Skin Tags)

- Results overnight with ONE application
- Removes moles for only $5.00 each
- Get 40% off for a limited time only
- FREE GIFT! DermaTend® Healing Balm

ONLY $59.95

**TWO Extra Strength**
DermaTend® Ultra
(Removes Up To 30 Moles & Skin Tags)

- Results overnight with ONE application
- Removes moles for only $3.00 each
- Get 50% off for a limited time only
- FREE GIFT! DermaTend® Healing Balm

ONLY $98.95

 * Try DermaTend risk-free for 60 days. If you're not completely thrilled, return the empty bottle for an easy, no-hassle refund.

Back To Top

   

## About Us

### Why You Should Try DermaTend®

Made with only the finest natural ingredients, DermaTend® is the safest, most cost-effective alternative to surgery available. After removing well over 1,000,000 moles, warts & skin tags, DermaTend® has proven itself to be the best all natural answer to surgery.

We're so confident DermaTend® will work for you, we've backed it up with a 60 Day Money Back Guarantee.

Exhibit E2

QUESTIONS?
PH: 1(775) 323-1412
info@dermatend.com

Solace International, Inc. | © 2010 All Rights Reserved | Privacy Policy | Terms of Use | Refund Policy | Guarantee | Disclaimer | Sitemap | Affiliate Program

Legal Disclaimer: Results may vary, and testimonials are not claimed to represent typical results. Results seen in testimonials are meant as a showcase of what the best, most motivated clients have done and should not be taken as average or typical results. These statements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease. Please consult your physician before beginning any program. If there is a change in your medical condition, please notify your physician immediately.

Real User Results - Dermatend.com



**DERMATEND**

Search this website...   Search

About Derma Tend   Contact   FAQ

Home    How It Works    Real User Results

Order Toll-Free
1-877-853-0441

## Real User Results
### Video Testimonials







### Photo Testimonials

**DermaTend® Products**

**Original**
DermaTend Original
(Removes Up To 4 Moles &
Skin Tags)

- Results in as little as 3 days
- Removes moles for only
  $10.00 each
- Get 30% off retail price for
  limited time
- Does NOT come with free
  healing balm

ONLY $39.95   Add to Cart



**Extra Strength**
DermaTend Ultra
(Removes Up To 15 Moles &
Skin Tags)

- Results overnight with ONE
  application
- Removes moles for only
  $5.00 each
- Get 40% off for a limited
  time only
- FREE GIFT! Dermatend®
  Healing Balm

ONLY $69.95   Add to Cart



**TWO Extra Strength**
DermaTend Ultra
(Removes Up To 30 Moles &
Skin Tags)

- Results overnight with ONE
  application
- Removes moles for only
  $3.00 each
- Get 60% off for a limited
  time only
- FREE GIFT! Dermatend®
  Healing Balm

ONLY $95.95


**Live Help**

Subscribe to De



to our newsletter to
get the latest scoop
right to your inbox.

http://www.dermatend.com/real-user-results/[2/6/2014 8:19:12 PM]

Exhibit E3

Real User Results - Dermatend.com





Before Dermatend          After Dermatend





Before Dermatend          After Dermatend

"Some time ago I purchased your product with the hope that it may change my life. I had a big mole on my face which I lived with for over 40 years. Just as you promised it is now gone. People don't stare at me anymore, and I get a smile now and again. Thank you very much. If you have anyone in doubt about your product I would be pleased to reassure them that it does work, and it is a gift for people who suffer from moles. Thanks again" Raymond S.





Before Dermatend          After Dermatend

"I used Dermatend with high hopes in removing my mole like they promised. With a full refund guaranteed if it didn't work, I decided to try it. My mole above my eye fell off after the 3rd application. I couldn't believe it and I can't thank you enough DermaTend, you saved me a lot of money and I feel better about the way I look. Maileena M. London, UK





Before Dermatend          After Dermatend

Exhibit E4

· Mole Removal Archives - Dermatend.com

**DERMATEND**

Search this website...   Search
About DermaTend    Contact    FAQ

Home    How It Works    Real User Results

Order Toll-Free
1-877-853-0441

## Facial Mole Removal

MARCH 27, 2013 BY ADMIN

## What Are Facial Moles?

Moles are generally known by dark spots or irregularities found in the skin. They are found in different shapes & sizes. Moles can appear anywhere on the skin, from facial area to toe, as well as arms and chest areas, in groups or alone. They can be present by birth or can begin to appear over time during a life time. Some moles go unnoticed and some like facial moles "beauty marks" are actually considered attractive. However moles are annoying to some people and can even become dangerous health risks. Mole removal whether by laser or other surgery provides a solution to people wanting to improve their appearance by facial mole removal or other skin mole removal and reduce associated health risks.

## Issues With Surgery:

With the ever increasing popularity of various cosmetic surgery procedures, like mole removal, it is very important that the patient should research and understand different issues like what the particular procedure can and cannot treat, inherent risks, costs and other factors. Keep in mind that cosmetic surgery is a surgical procedure whose results cannot simply be erased. When considering cosmetic procedure for facial mole removal we recommend that you consult a qualified doctor or specialist with significant experience in this field.

## Mole Removal Introduction

Moles, or nevi, are generally removed for various reasons. They can be removed by 2 surgical methods:

- **Excision (cutting) with stitches**
- **Excision with cauterization**

Although laser has been tried for moles it is usually not preferred for deep moles because the laser light cannot penetrate deeply enough. Typically the doctor or dermatologist (a skin specialist) may choose excision with or without stitches depending on the depth of the mole and the type of cosmetic outcome desired.

The most common side effect of mole removal is a scar. Many people will attempt to remove moles for cosmetic reasons, not realizing that each and every removal of mole may produce a scar. Many times your surgeon can give you an idea of the type and location of a scar after mole removal before you make your decision about removal.

## Reasons For Facial Mole Removal:

Mole removal is usually not necessary unless it is a facial mole which can look ugly. A stable, unchanging mole can be left alone, although it should be checked sporadically for changes. There are basically three main reasons why facial mole removal may be needed by someone:

- Presence of mole makes the person self-conscious especially if it is on face. A big mole on the face can be distressing. Multiple moles or prominent ones elsewhere on the body, can make a person feel unattractive.
- The mole is in a place where it's easily irritated like a man having a facial mole that constantly gets cut when he shaves will probably opt for facial mole removal.

The mole looks like it could be cancerous. Melanoma, a very serious type of skin cancer which can develop within a mole. Various other types of skin cancer can also look like moles. Any new growth in an adult, any mole that has changed in appearance, or any irregular or multicolored mole should be evaluated by a doctor.

## DermaTend® A Natural Solution For Facial Mole

### DermaTend® Products

**Original**
DermaTend™ Remover
(Removes Up To 4 Moles &
Skin Tags)

- Results in as little as 3 days
- Removes moles for only $10.00 each
- Get 30% off retail price for limited time
- Does NOT come with free healing balm

ONLY $39.95    Add to Cart



**Extra Strength**
DermaTend™ Ultra
(Removes Up To 15 Moles &
Skin Tags)

- Results overnight with ONE application
- Removes moles for only $5.00 each
- Get 40% off for a limited time only
- FREE GIFT! Dermatend® Healing Balm

ONLY $69.95    Add to Cart



**TWO Extra Strength**
DermaTend™ Ultras
(Removes Up To 30 Moles &
Skin Tags)

- Results overnight with ONE application
- Removes moles for only $3.00 each
- Get 50% off for a limited time only
- FREE GIFT! Dermatend® Healing Balm

ONLY $99.95    Add to Cart



**Live Help**

Subscribe to De...

Subscribe
to our newsletter to
get the latest scoop
right to your inbox.

Exhibit E5

Mole Removal Archives - Dermatend.com

## Removal:

Don't accept it as a natural effect. Now you can remove moles whenever you want, without any painful surgery and side effects. DermaTend® a natural and herbal mole removal formula which can remove moles from any part of your body without any scarring and side effects. It is an ideal product for facial mole removal where you cannot take a chance of having a scar. So try our facial mole removal product without any hesitation; we offer a 100 % money back guarantee also if you are not satisfied with the results. We have had thousands of happy customers satisfied from our product and we know you will be happy when your moles fall off too.

FILED UNDER: MOLE REMOVAL    TAGGED WITH: DERMATEND, GET RID OF MOLES, MOLE REMOVAL, MOLES, REMOVE MOLE, REMOVE MOLES

Next Page►

submit

View Larger Map

These statements have not been evaluated by the FDA and are not intended to diagnose, treat, cure or prevent any disease.

Exhibit E6

 DERMATEND™

HOME | TESTIMONIALS | FAQs | ORDER NOW!

## CLINIC TESTED NATURAL MOLE REMOVER
## Mole Removal Cream Makes Surgery Obsolete!

   

**WARNING: Surgery Is Not the Only Answer For Mole Removal!**

**I am sure from the pictures above you more than likely disapprove of surgery as the "only" option for mole removal.** I really don't blame you, with surgery, the average cost per mole is between $125 and $150. The cost and brutality isn't the only downside either. Mole removal surgery never comes with a guarantee and the end result usually promises a hideous scar.

**Surgery is no longer the only option for mole removal.** Most dermatologists are only schooled in conventional ways. Natural remedies are rarely covered in school. This sad fact keeps dermatologists less informed to natural and more effective solutions like Dermatend Mole Remover.

### Here's What You Can Expect With DermaTend

  

**Mole Before Treatment**          **Mole With DermaTend**          **Mole Scabs In Just 8 hours!**



**HOME | HOW IT WORKS | TESTIMONIALS | ORDER NOW!**

# DermaTend® Mole Remover
## Frequently Asked Questions

**Q. I'm still a little skeptical, will this really work?**
A. We understand your skepticism, and feel there is nothing wrong with it. We have given you all the information we can and can only tell you to make the choice that feels right to you. We also want to lessen your risk and make this decision easier by offering a 60 day money back guarantee. Everybody is different and results will vary.  But if you give DermaTend® a fair shot, you will most likely succeed in the removing your moles.

**Q. How Long Does The Removal Process Take?**
A. Removing moles varies with each person. Though we have seen results on a mole in as little as 1-3 days, be prepared to use DermaTend® for a few weeks in some cases. Also, results don't mean healing time. Total time for healing should be expected at 3 weeks. Immune systems are different, and skin problems can be stubborn. Be patient and diligent with the remedy, and give it an honest try. Please don't try it for three days and then give up.

## Here's What You Can Expect With DermaTend®


**Mole Before Treatment**


**Mole With DermaTend®**


**Mole After 8 hours!**


**After 9 Days Healing Nicely**


**Day 25: No Trace of Mole!**

**Day 1-3**
After applying DermaTend® to the mole a scab should form in its place.  This can

DermaTend All Natural Mole Remover - Frequently Asked Questions                    Page 2 of 4

happen overnight with just one application but results will vary.

**Day 3-10**
Scab should begin to heal and dry up and will fall off.  Make sure to take care of
the scab as removing it prematurely can increase total healing time.

**Day 10+**
The mole and scab should be gone leaving you with fresh new healthy skin and
eventually no trace a mole ever existed!

## Q. How Does DermaTend® Actually Work?
A. The good thing about natural mole, wart, and skin tag removal is that it can be
done in the comfort of your own home.

When you apply DermaTend® to a mole the active ingredients will penetrate to the
root.  This will cause an immune reaction and the area should become slightly
inflamed.  Once inflamed a scab should form over the mole.  The area should now
be flat and the scab should heal in about 7 to 10 days.  Allow the scab to fall off
naturally to reveal fresh new mole free skin.  Its really that simple!!

## Q. Does DermaTend® Cause Any Scarring?
A. You have the best chance of no scarring, but with any healing process it
may occur. However, you still have far less chance of scarring than you
would with surgical methods. Take care of the mole during the removal
process and it will heal as the body intends as fresh, beautiful skin. As with
all scabs, do not pick it off, let it heal and fall off on its own, and you will
have a good chance the skin will show no sign a mole was ever there.

## Q. Does DermaTend® work on all moles?
A. Yes! DermaTend® will safely and effectively remove all types of moles,
including flat, as well as raised moles.

## Q. Can DermaTend® Be Used On The Face?
A. Yes, as with any other place on your body DermaTend® is effective on
the face as well. You have to be prepared for the healing process and the
possible scar that could result from the process. We would advise using the
remedy on another area of your body first and getting comfortable with the
removal process, before using it on the face. Stay clear of your eyes and
other mucous membranes. Use on your face is at your own discretion, we
are not liable for any scarring or adverse affects it may have.

## Q. Is DermaTend® Safe For Children?
A. Yes, it can be used on children just as adults but parental supervision is needed.
DermaTend® has no effect on normal tissue, but can be toxic if taken internally.

## Q. Why Do You Offer Your 60 Day Guarantee?
A. We believe whole heartedly in the effectiveness of DermaTend®. We
know what is has done for thousands of other people. We simply offer the
guarantee to let you know we are confident in DermaTend®. In the rare
case that it does not work, or perhaps someone decides that it is not for
them, then we will gladly return their money.

## Q. What is your refund policy?

Exhibit F3
10/31/2013

DermaTend All Natural Mole Remover - Frequently Asked Questions                    Page 3 of 4

A. Please click HERE for our Refund Policy.

### Q. Why Does My Dermatologist Recommend Surgery?
A. Firstly, most dermatologists are only schooled in the conventional ways. They do not cover any natural remedies in school unless they choose to educate themselves on their own time. This sad fact keeps them ignorant to more pleasant and effective solutions. If you have any questions feel free to visit your dermatologist and see what he has to say about DermaTend®. Most will tell you that it is safe to use and worth a try.

### Q. Is It Safe To Enter My Credit Card Information Online?
A. Yes, our payment process is encrypted with the latest technology. We assure you no one can get your information, as our merchant processor is one of the biggest and most secure in the business. They are certified members of the Better Business Bureau, and Verisign site secured. You can rest assured your credit card information is the safest on the net.

**Ingredients:** Sanguinera Canadensis, vegetable glycerine, zinc salts, distilled water.

For all other questions please email us, and we will reply to you, promptly. Thank you.

Contact Customer Service:

Solace International, Inc.
80 Continental Dr. Suite 101
Reno, Nevada 89509

Tel: 1-775-323-1413

Or direct your questions via Email to our Customer Service Department at:

Support@moleremoval.net

## Click Here To Order DermaTend®

Legal Disclaimer:

The statements regarding this product have not been evaluated by the FDA.  Any and all information and/or statements found within this site are for educational purposes only and are NOT intended to diagnose, treat, cure, prevent disease or replace the advice of a licensed healthcare practitioner. Solace International, Inc. highly recommends that prior to usage, the user see a licensed dermatologist and obtain a biopsy or other diagnosis of the suspected growth, particularly if it is a mole that has been growing in size or changing color. Legally, Solace International Inc. cannot make any claims as to the effectiveness or appropriateness of DermaTend® to your particular needs. Solace International Inc. is not liable for any reactions you might have to DermaTend®, including scarring. In buying DermaTend® you are aware that you may experience scarring or adverse effects.

In buying DermaTend® you declare you are aware of this Disclaimer and have read it, and that you

11/13/13                     CONFIDENTIAL BUSINESS INFORMATION

**Google** AdWords

Announcements (1)   aaron@dermatend.com
                    Customer ID: 631-259-1888

Home | Campaigns | Opportunities | Tools and Analysis | Billing | My account                     Help

### All online campaigns

Negative keywords blocking targeted keywords (11) View                  Dismiss

Campaigns eligible to use Conversion Optimizer (2) View                 Dismiss

Increase traffic by adding 101 potential new keywords View              Dismiss

Increase traffic by adding sitelinks to 2 campaigns View                Dismiss

**All time: Apr 25, 2007 - Nov 13, 2013**

Campaigns  Ad groups  Settings  Ads  Keywords  Audiences  Ad extensions  Auto targets  Dimensions  Display Network

All enabled ads     Segment     Filter     Columns                     Search

Clicks    VS    None    Monthly                                 **View Change History**

| | Ad | Campaign | Campaign type | Campaign subtype | Ad group | Labels | Status | % Served | |
|---|---|---|---|---|---|---|---|---|---|
| | **Total - all account** | | | | | | | | |
| ☐ | Product listing ad<br>Promotion: Removes Moles in 3 Days or Less! | (ROI) Product Listing Ads | Search Network only | Product Listing Ads | Dermatend Original | -- | Eligible | 0.00% | |
| ☐ | Product listing ad<br>Promotion: Removes Moles in 3 Days or Less! | (ROI) Product Listing Ads | Search Network only | Product Listing Ads | Dermatend Products | Created 2013-06-15 | Eligible | 0.11% | |
| ☐ | Mole Removal In 3 Days?<br>Proven Mole Removal Cream Permanently Removes Moles!<br>www.MoleRemoval.net _Now_$39.95 | mole removal | Search & Display Networks | All features | mole removal | -- | Campaign paused | 0.11% | |
| ☐ | Mole Removal In 3 Days?<br>Proven Mole Removal Cream<br>Removes Moles - Guaranteed!<br>www.MoleRemoval.net _Now_$39.95 | mole removal | Search & Display Networks | All features | mole removal | -- | Campaign paused | 0.04% | |
| ☐ | Mole Removal In 3 Days?<br>Removes Moles in Just 3 Days!<br>60 Day Money Back Guarantee!<br>www.MoleRemoval.net _$39.95 | mole removal | Search & Display Networks | All features | mole removal | -- | Campaign paused | 0.00% | |
| ☐ | Skin Tag Removal At Home:<br>Got Skin Tags? Permanently Remove ALL Your Ugly Skin Tags in 3 Days!<br>www.RidSkinTags.com _Now_$39.95 | Skin Tags | Search & Display Networks | All features | Skin Tags | -- | Campaign paused | 3.77% | |
| ☐ | Immune System Booster<br>Turn Your Immune System Into An Impenetrable Fortress - Guaranteed!<br>www.Fight-Off-Everything.com | Natural Boost | Search & Display Networks | All features | Natural Boost | -- | Campaign paused | 0.00% | |
| ☐ | Swine Flu? What A Joke<br>Turn Your Immune System Into An Impenetrable Fortress - Guaranteed!<br>www.Fight-Off-Everything.com | Natural Boost | Search & Display Networks | All features | Natural Boost | -- | Campaign paused | 0.00% | |
| ☐ | Swine Flu? Are You Safe<br>Turn Your Immune System Into An Impenetrable Fortress - Guaranteed!<br>www.Fight-Off-Everything.com | Natural Boost | Search & Display Networks | All features | Natural Boost | -- | Campaign paused | 0.00% | |
| ☐ | DermaTend® * The Original<br>DermaTend The Official Site<br>Guaranteed Mole & Skin Tag Removal<br>DermaTend.com | dermatend | Search Network only | All features | Dermatend | -- | Campaign paused | 0.19% | |
| ☐ | DermaTend® Official Site<br>Remove Moles & Skin Tags at Home.<br>Permanent Removal in Up to 3 Days! | dermatend | Search Network only | All features | Dermatend | -- | Campaign paused | 0.23% | |

CONFIDENTIAL BUSINESS INFORMATION

| | Ad | Keyword | Network | Features | Destination | | Status | % |
|---|---|---|---|---|---|---|---|---|
| ☐ | DermaTend® * The Original<br>Derma Tend The Official Site<br>Guaranteed Mole & Skin Tag Removal<br>DermaTend.com | dermatend | Search Network only | All features | derma tend | -- | Campaign paused | 0.02% |
| ☐ | DermaTend® Official Site<br>Remove Moles & Skin Tags at Home.<br>Permanent Removal in Up to 3 Days!<br>www.DermaTend.com | dermatend | Search Network only | All features | derma tend | -- | Campaign paused | 0.03% |
| ☐ | DermaTend™ * The Original<br>DermaTend™ - Removes ALL Your<br>Moles & Skin Tags. Guaranteed!<br>DermaTend.com | dermatend | Search Network only | All features | DermaTrend | -- | Campaign paused | 0.00% |
| ☐ | DermaTend® Official Site<br>Remove Moles & Skin Tags at Home.<br>Permanent Removal in Up to 3 Days!<br>www.DermaTend.com | dermatend | Search Network only | All features | DermaTrend | -- | Campaign paused | 0.00% |
| ☐ | Mole Removal Cream?<br>Proven Mole Removal Cream<br>Removes Moles in 3 Days Or Less!<br>www.MoleRemoval.net/_Now_$39.95 | mole removal | Search & Display Networks | All features | mole removal cream | -- | Campaign paused | 0.01% |
| ☐ | Mole Removal Cream?<br>Removes Moles At Home<br>Be Mole Free In 3 Days!<br>www.MoleRemoval.net/_Now_$39.95 | mole removal | Search & Display Networks | All features | mole removal cream | -- | Campaign paused | 0.00% |
| ☐ | Mole Removal Cream?<br>Removes ALL Your Moles At Home<br>Be Mole Free In 3 Days!<br>www.MoleRemoval.net/_Now_$39.95 | mole removal | Search & Display Networks | All features | mole removal cream | -- | Campaign paused | 0.00% |
| ☐ | Mole Removal At Home?<br>Proven Mole Removal At Home<br>Permanently Remove Moles In 3 Days!<br>www.MoleRemoval.net/_Now_$39.95 | mole removal | Search & Display Networks | All features | mole removal at home | -- | Campaign paused | 0.05% |
| ☐ | Mole Removal At Home?<br>Removes Your Moles Safely At Home<br>60 Day Money Back Guarantee!<br>www.MoleRemoval.net/_Now_$39.95 | mole removal | Search & Display Networks | All features | mole removal at home | -- | Campaign paused | 0.00% |
| ☐ | {Keyword:Mole Removal At Home?}<br>Remove Mole in Just 3 Days. No Scar<br>Dr Recommended & Clinically Tested<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | Mole Removal At Home | -- | Campaign paused | 0.01% |
| ☐ | {Keyword:Mole Removal At Home?}<br>Proven Mole Removal At Home<br>Permanently Remove Moles In 3 Days!<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | Mole Removal At Home | -- | Campaign paused | 0.01% |
| ☐ | {Keyword:Permanently Remove Moles}<br>The Secret Of Mole Removal. No<br>Unsightly Surgical Scars. Buy Now!<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | Mole Removal At Home | -- | Campaign paused | 0.01% |
| ☐ | {Keyword:Mole Removal At Home?}<br>Removes Moles in 3 Days or Less.<br>60 Day Money Back Guarantee!<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | Mole Removal At Home | -- | Campaign paused | 0.00% |
| ☐ | {Keyword:Permanently Remove Moles}<br>The Secret Of Mole Removal. No<br>60 Day Money Back Guarantee!<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | Mole Removal At Home | -- | Campaign paused | 0.00% |
| ☐ | {Keyword:How To Remove Skin Mole?}<br>Made With Only The Finest Natural<br>Ingredients. Dr Recommended.<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | How To Remove skin tags | -- | Campaign paused | 0.04% |
| ☐ | "Mole Removal In 3 Days?"<br>Proven Mole Removal Cream<br>Permanently Removes Moles!<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | Nose Face | -- | Campaign paused | 0.02% |
| ☐ | Facial Mole Removal<br>No more Embarrassing Dr Visits.<br>Remove 1 Skin Mole At Just $3.Buy !<br>www.GetMoleRemoval.com/At_$39.95 | Mole Removal US | Search Network only | All features | Nose Face | -- | Campaign paused | 0.02% |
| ☐ | How To Remove Face Mole?<br>All Natural Answer For Mole Removal<br>Permanently Removes Moles. Buy Now!<br>www.GetMoleRemoval.com/_Now_$39.95 | Mole Removal US | Search Network only | All features | Nose Face | -- | Campaign paused | 0.05% |
| ☐ | {Keyword:Mole Removal In 3 Days?}<br>Proven Mole Removal Cream. No Scar | Mole Removal US | Search Network only | All features | mole removal | | Campaign | 0.27% |

Exhibit G2    FTC0000222

11/13/13                CONFIDENTIAL BUSINESS INFORMATION

| | Ad | Type | Features | Keyword/Link | Created | Status |
|---|---|---|---|---|---|---|
| ☐ | Skin Tags Removal<br>Remove Skin Tags at Home in 3 Days.<br>Order Today for Just $39.95!<br>www.DermaTend.com | (RO1) Skin Tag Removal | Search Network only | All features | Skin Tags Removal | -- | Campaign paused |
| ☐ | Mole Removal at Home<br>Guaranteed Mole Removal in 3 Days.<br>Try Proven Mole Removal Cream Today<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | How To Remove Moles | | Campaign paused |
| ☐ | How to Remove Skin Moles<br>Remove Moles & Skin Tags at Home.<br>Try Proven Mole Removal Cream Today<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | How To Remove Moles | | Campaign paused |
| ☐ | Mole Removal at Home<br>Guaranteed Mole Removal in 3 Days.<br>Try Proven Mole Removal Cream Today<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Remove Skin Moles | | Campaign paused |
| ☐ | Remove Skin Moles<br>Remove Moles & Skin Tags at Home.<br>Try Proven Mole Removal Cream Today<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Remove Skin Moles | | Campaign paused |
| ☐ | Flat Mole Removal Cream<br>Removes Moles in 3 Days or Less.<br>Buy Today for Only $39.95!<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Flat Mole Removal | | Campaign paused |
| ☐ | {Keyword:Are You Ashamed Of Mole?}<br>Secrets For Mole Removal Treatment.<br>Safely Remove Moles at Home.<br>DermaTend.com/_Now_$39.95 | (RO1) Mole Removal | Search Network only | All features | Flat Mole Removal | | Campaign paused |
| ☐ | Remove Body Moles Today<br>Dermatend Removes Moles in 3 Days.<br>Buy Removal Cream for Only $39.95!<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Removal of Body Moles | Created:2013-08-21 | Campaign paused |
| ☐ | {Keyword:Are You Ashamed Of Mole?}<br>Secrets For Mole Removal Treatment.<br>Safely Remove Moles at Home.<br>DermaTend.com/_Now_$39.95 | (RO1) Mole Removal | Search Network only | All features | Removal of Body Moles | | Campaign paused |
| ☐ | {Keyword:Are You Ashamed Of Mole?}<br>Secrets For Mole Removal Treatment.<br>Safely Remove Moles at Home.<br>DermaTend.com/_Now_$39.95 | (RO1) Mole Removal | Search Network only | All features | Non Surgical Removal Of Moles | -- | Campaign paused |
| ☐ | Remove Moles - No Surgery<br>Guaranteed Mole Removal in 3 Days.<br>Safely Remove Moles at Home.<br>www.DermaTend.com/_Now_$39.95 | (RO1) Mole Removal | Search Network only | All features | Non Surgical Removal Of Moles | -- | Campaign paused |
| ☐ | DermaTend® Official Site<br>Remove Moles & Skin Tags at Home.<br>Permanent Removal in Up to 3 Days!<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Cream That Removes Moles | | Campaign paused |
| ☐ | Mole Removal Cream<br>Removes Moles in 3 Days or Less.<br>Buy Now for Only $39.95!<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Cream That Removes Moles | -- | Campaign paused |
| ☐ | Mole & Skin Tag Removal<br>Remove Moles & Skin Tags in 3 Days.<br>Buy Mole & Skin Tag Removal Cream.<br>www.DermaTend.com/_Now_$39.95 | (RO1) Mole Removal | Search Network only | All features | Mole And Skin Tag Removal | Created:2013-09-11 | Campaign paused |
| ☐ | DermaTend® Official Site<br>Remove Moles & Skin Tags at Home.<br>Permanent Removal in Up to 3 Days!<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Mole And Skin Tag Removal | Created:2013-09-14 | Campaign paused |
| ☐ | Skin Tag & Mole Removal<br>Remove Skin Tags & Moles in 3 Days.<br>Buy Skin Tag & Mole Removal Cream.<br>www.DermaTend.com/_Now_$39.95 | (RO1) Mole Removal | Search Network only | All features | Skin Tag and Mole Removal | Created:2013-09-12 | Campaign paused |
| ☐ | DermaTend® Official Site<br>Remove Moles & Skin Tags at Home.<br>Permanent Removal in Up to 3 Days!<br>www.DermaTend.com | (RO1) Mole Removal | Search Network only | All features | Skin Tag and Mole Removal | | Campaign paused |
| ☐ | Product listing ad<br>Promotion: Results Overnight & Removes Up to 15 Moles! | (RO1) Product Listing Ads | Search Network only | Product Listing Ads | Dermatend Ultra | -- | A... paign paused |
| ☐ | Genital Wart Removal<br>Removes Warts in 3 Days or Less.<br>60 Day Money Back Guarantee!<br>www.Dermatend.com/Genital-Wart | sch_derm | Search Network only | All features | wart-at_genital-mt_e | -- | Approve (non-family) |
| ☐ | Genital Wart Removal<br>Removes Warts in 3 Days or Less. | sch_derm | Search Network only | All features | wart-at_genital-mt_e | | Approve (non- |

DermaTend Reviews 2013 | Does DermaTend for Warts Work? | Where to Buy at Lowest Price?



Best **GenitalWart**Treatment.com

*Find out Facts and Reviews from Online Experts before Treating Genital Warts*
*Top 10 Best Genital Warts Treatment that Work in 2013*

| HOME | 5 Best Genital Wart Removal | Top 10 Genital Warts Treatments | Facts and Tips |



Embarasing of Those *Unsightly Genital Warts*?
No more to endure embarrassing and painful treatments to the doctors office. Discover Now the *10 Best Genital Warts Removal* that have been tested and reviewed!

- Top 10 Facts About Genital Warts  *(Most Popular)*
- Top 10 Concerns About Genital Warts
- Natural Treatments to Remove Genital Warts At Home
- Best Genital Wart Treatment Reviews
- What are the Chance of Genital Warts Returning?

>> more articles

### Top 5 Genital Wart Treatments



| # 1 | Wartrol | Wartrol *Reviews* / Does Wartrol *Work* / Buy Wartrol at *Lowest Price* |
| # 2 | Dermisil (Naturasil) | Dermisil *Reviews* / Does Dermisil *Work* / Buy Dermisil at *Lowest Price* |
| # 3 | Wartamine™ | Wartamine *Reviews* / Does Wartamine *Work* / Buy Wartamine at *Lowest Price* |
| # 4 | Dermatend® | Dermatend *Reviews* / Does Dermatend *Work* / Buy Dermatend at *Lowest Price* |
| # 5 | Wart Mole Vanish® | Wart Mole Vanish *Reviews* / Does Wart Mole Vanish *Work* / Buy Wart Mole Vanish at *Lowest Price* |

## DermaTend® Reviews

>> DermaTend Genital Warts by Solace International Inc.

Like    Tweet 0    Pin it



### What is DermaTend® Genital Warts?

**Dermatend Genital Warts** is a natural genital wart removal that has been created for eliminating these conditions. It is made from some of the natural ingredients that will not cause any side effect. Dermatend works effectively by penetrating the skin to deliver healing and killing of the viruses with natural agents.

Dermatend is a proven solution that has been helping thousands and thousands of users with its effective solutions.

### What are DermaTend® Ingredients?

**DermaTend's** active ingredients are sanguinaria canadensis, vegetable glycerin, distilled water, and butter of zinc. It is a safe, herbal and organic formula that can help in combating genital wart symptoms. It is a quicker, safer and definitely a cheaper formula than most others. It is less expensive than the surgical procedures. Results are usually the same, but using Dermatend is risk-free while a surgery might have some risks.

### How Does DermaTend® Work?

**Dermatend Genital Warts** is a topical wart treatment that should be applied on to the skin directly. Before the cream is applied, you must scrape the genital warts properly to form a scab. Once the scab is formed the cream can be applied. To ensure that the genital wart treatment with Dermatend works you have to follow all the directions precisely as it is mentioned on the label. You might even want to consider applying the same.

**Best Overall Warts Treatment Product**

**60 Days** *Guarantee*

- Clinic Tested Doctor Recommended.
- Painless, Unsurpassed and Effective to remove warts
- Results in as little as 2 weeks
- 100% Natural and Safe.
- Very Affordable.
- 60 Days Guarantee

### More Best Genital Warts Product Reviews

**H-Warts**
*H-Warts Reviews*
*Does H-Warts Work*
*Buy H-Warts at Lowest Price*

**Condysil Gel**
*Condysil Reviews*
*Does Condysil Work*
*Buy Condysil at Lowest Price*

**Wart Free**
*Wart Free Reviews*
*Does Wart Free Work*
*Buy Wart Free at Lowest Price*

**DermaSeptic**
*DermaSeptic Reviews*
*Does DermaSeptic Work*
*Buy DermaSeptic at Lowest Price*

**Viratrol**
*Viratrol Reviews*
*Does Viratrol Work*
*Buy Viratrol at Lowest Price*



TOP 10 **Summary**
Read Top 10 Product Comparison



**Wartrol**

### Did You Know that

- *You are Not Alone!* Genital Warts is very common. In USA alone, around 5 million new cases of genital warts being reported in addition to the existing 20 million genital wart sufferers. ....more

- There are various genital wart tests by

Exhibit H

# Mole**Removal** & Skin Tag**Removal**

Home | mole removal » | skin care | skin tag removal »

## Dermatend Review



DERMATEND
Mole & Skin Tag Removal Complex
✓ mole & skin tag free in 3 days
✓ 100% natural formula   Learn More

before   after

**For moles, skin tags, and warts**, there are a number of home and over-the-counter remedies you can choose from – and then there's DermaTend. DermaTend is a powerful, yet all-natural treatment that safely and effectively removes moles, skin tags and warts without the need for painful and dangerous surgical procedures. It works by penetrating the skin to break down the excess tissue and dissolve it away, while at the same time boosting the immune system to kill any viral infections that may be present. DermaTend has been clinically tested and proven to work in most people.



Visit The Official Website of Dermatend

### How quickly does it work?

DermaTend begins to work the moment you apply to your skin. In fact, users should feel a slight stinging sensation for the first 5 to 10 minutes – a signal that the product has penetrated the blemish and is hard at work. In most cases a scab will form overnight, and repeated uses will remove the blemish within 3 to 4 days. More stubborn cases may take up to a week or two to be completely healed. Obviously, results will vary depending on the size and type of your blemish and your skin's natural reaction to the product.

### Is it DermaTend is safe?

DermaTend's all natural ingredients means it's safe for just about anyone to use. The product contains sanguinera canadensis, vegetable glycerine, mineral salts, distilled water and bloodroot; it doesn't contain any dangerous chemicals or synthetic substances that can cause skin damage or leave scars. All of DermaTend's ingredients have been scientifically proven to work together to remove your moles, skin tags, and warts.

### What are customers saying?

DermaTend reviews abound all across the Internet and they are mostly positive. Of course, there are some negative reviews, because no product of this nature works for everyone. But by and large satisfied customers report completely clean and healthy skin within a few weeks, just as the product advertises. Many consumers testify of finding success with DermaTend after years of unsuccessful treatments using other products. Many claim that they will use it again as well is recommending it to their friends and family members.

### Is DermaTend difficult to use?

**Top Mole and Skin Tag Removal Product:**



Read our review



Find us on Facebook

NaturalMoleRemovals
Like  You like this.

You and 37 others like NaturalMoleRemovals. 37 people like NaturalMoleRemovals.

Facebook social plugin

### Categories

Select Category

### Social Media

Like  You and 2 others like this. 2 people like this. Be the first of

  0

### *Natural Mole Removal*

- Removing Moles
- Cosmetic Mole Removal
- Onion Juice Mole Removal

**The best mole removal product**

Exhibit I

My Story of using DermaTend to remove my moles naturally at home!



# My-DermaTend-Review.com



Home

Newest Info

My Reviews

About Me

DermaTend

Skin Moles

SkinTags

Warts

Where To Buy

Contact Me

Healing Balm



[2]Subscribe To This Site

RSS

Follow

MY YAHOO!

MY MSN

Bloglines

## My DermaTend Mole Removal Story

**Where:** My Neck
**How Many Removed:** 2
**How?** With DermaTend Natural Mole Remover
**How long did it take:** 3 days & 10 days
**Scarring:** None to minimal
**Pain:** None

I have removed two moles on my neck using DermaTend mole remover. I started with 4 moles on my neck. 2 more to go!

**One of the moles scabbed overnight.** The scab came off 3 days later! There was a little bit of pink/redness where the scab was, but this healed within several weeks and returned to normal skin color. (As would happen with any scab on your body)

**The second mole took two nightly applications.** That scab came of about a week and a half later revealing fresh skin.

I do believe that I accidentally knocked the scab that was only on for 3 days off when drying my hair with a towel. Guess I should have listened to the "keep a band aid on the area" instructions!

Well, I am just glad that **everything healed so wonderfully**. I have a very minimal mark left behind which is NOTHING compared to the large scar I have on my back from surgical removal.

Click the photos to see a larger view.



BEFORE

Exhibit J1

My Story of using DermaTend to remove my moles naturally at home!



AFTER (2 TO GO!)



# I'm excited! I'd like to try it!

By now I bet you are excited about the idea of getting rid of this blemish that has been bothering you.

I sure was!

So what are you waiting for?

If you are Interested in trying out DermaTend for yourself, Click on the link which will open in a new window, or click on the picture bellow!

**Just don't forget about me! I want to see your before and after photos!**





To go back to reading my experiences with the product, click the arrow below!



BACK



www.My-DermaTend-Review.com

Exhibit J2

Methods to remove warts



# Remove Warts - Your Options

Home
Newest Info
My Reviews
About Me
DermaTend
Skin Moles
SkinTags
Warts
Where To Buy
Contact Me
Healing Balm





[2]Subscribe To
This Site

RSS
Follow
MY YAHOO!
MY MSN
Bloglines

Why remove warts?

Some people choose to live with their warts thinking that the removal of them will be more painful then the actual wart.

Others have very painful ones that make every day life difficult.

Whether they are painful or not, the truth is that they can be embarrassing and unattractive.

There are several methods for removing them which I will explain below.

**Remove Warts by Freezing:** This method works as follows. You apply liquid nitrogen to the wart. This creates a blister under and around the wart. The wart then "dies" and falls off within a week. This is not too incredibly painful; however, you may need multiple treatments for this to work.

**Remove Warts with Surgical Removal:** An injection is given to the area prior to the surgery. Then, an electro needle is inserted into the wart. This process can be very painful and is reserved for warts that do not respond to any other treatment method. This will most likely leave a scar.

**Remove Warts with Laser Removal:** This method is not as painful as surgery. It is also reserved for hard to treat warts as it is can be very expensive and may require multiple sittings. There is also a chance of scarring with this method.

**Remove Warts with Duct Tape:** There have been several studies done on the use of duct tape for wart removal, and there is a lot of debate on if this method actually works. The basis is that the duct tape will suffocate the wart and gradually reduce dead skin cells from it. This method must be repeated daily and can take several weeks. Some people notice no difference at all. Some people may be allergic to the tape and there is a chance of infection with this method.

**Remove Warts with Natural Remedies:** There are several natural wart removal pastes out there. I will be talking about the one I know and trust, DermaTend. My aunt removed a wart she had in between 2 toes with it overnight, and my step mother removed one she had on the palm of her hand in several days. (Unfortunately they didn't take any photos!)

The process is simple. The wart is scratched with an emery board or toothpick to remove the top layer of dead skin.

The paste is then applied to the wart, covered with a band aid and left along for 24 hours.

The following day the paste is washed off. If a scab has formed in place of the wart, it is left along until it has fallen off naturally. If no scab has

Exhibit J3

Methods to remove warts

formed, the process is repeated until one does.

There is a slight stinging felt for 5-10 minutes that lets you know the past is working.

This is not painful. I would say of all the methods (aside from duct tape which is iffy) this is the least painful witch also has the least chance of scarring!

Not only that, the company that sells DermaTend also sells Natural Boost to aid with the possibility of these warts returning.

Natural Boost is a natural immune booster that helps build your immune system. A healthy immune system makes it harder for the virus to be active and create new warts.

Used together for wart removal, this is BY FAR the best method. It can also be used on genital warts!

## Decision Time

You don't have to live with your warts. You don't want to be worried about shaking somebody's hand, or having to keep socks on in shared spaces.

Get rid of your warts!

But, be sure to get rid of them internally as well. Boosting your immune system is very necessary for this!

Whatever you choose...good luck!



If you would like to find out more about how DermaTend works to Remove Warts please visit their website by clicking on the included link or on the photo below.

This will open up in a new window in case you are not done reading my information!



Click To
Buy DermaTend



**Share this page:** | G Google | b Yahoo! Buzz | f Facebook | MySpace
What's This? | STUMBLEUPON | Technorati | del.icio.us | Tweet this!

www.My-DermaTend-Review.com

Make an informed decision on how to
remove your moles, warts and skin tags naturally!

Exhibit J4

ATTENTION: WEIGHT LOSS SUFFERERS
## Revolutionary New Compound

# MOST WEIGHT LOST IN A CLINICAL STUDY - EVER?

- **A revolutionary new compound** has been discovered and tested in a rigorous clinical study of over 100 overweight subjects.

- This super compound may have produced **more impressive weight loss results** than any other substance ever tested.

- In fact, we cannot find anything, neither pharmaceutical nor nutraceutical, that can approach the magnitude of results of this clinical study.

**THE FIRST WEIGHT LOSS PILL WITH A <u>DOUBLE</u> YOUR MONEY BACK GUARANTEE+**



**Subjects Lost 28 Pounds in 10 Weeks*[1]**
*So they were happy and had energy again.*

**Dropped 6.7 Inches From Their Waistline*[1]**
*So they could fit into those sexy jeans again.*

**Reduced Body Fat an Astounding 18.4%*[1]**
*So they felt stronger, leaner and younger.*

**Saw a 13.1% Decrease in Bodyweight*[1]**
*So they had less overweight health risks.*

- The Bioscience Research Institute has put the clinical dose used in the trail into a capsule and has made Lipidryl® available to the public. We only sell a 3 month supply of Lipidryl®, based on the clinical results.

- We understand that this is a big commitment, but the research, the clinical study, and the results are all rock solid, which is why we offer the first and only 200% money back guarantee.

## SOC102D   3 Month Supply of Lipidryl  $129.99
### YOU LITERALLY HAVE NOTHING TO LOSE - THIS IS 200% RISK FREE



+200% Guarantee Terms and Conditions: To qualify for the 200% guarantee, Lipidryl must be returned between weeks 10 to 12 after your purchase.. Bottles must show appropriate amount of capsules remaining to show use consistent with that time frame. If users fail to meet these requirements, we still give a 100% refund.

Scientific References: 1. Ngondi JL, Matsinkou R, Oben JE. The use of Irvingia gabonensis extract (IGOB131) in the management of metabolic syndrome in Cameroon. Nutrition J. 2008 (submitted)

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.